| AO 10<br>Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2013 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Dales, Scott W. | 2. Court or Organization<br><br>U.S. Bankruptcy Court, W.D. MI | 3. Date of Report<br><br>05/02/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>Chief U.S. Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial   ☑ Annual    ☐ Final<br><br>5b. ☐    Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |
| 7. Chambers or Office Address<br><br>US Bankruptcy Court, WD Mich<br>One Division, North Room 210<br>Grand Rapids, MI 49503 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐    NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Secretary | Chief Lake Property Owners Assn |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑    NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dales, Scott W. | 05/02/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Kalamazoo Community Foundation (Wages) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Bar Assn (Western Michigan Bankr. Section) | July 25-27, 2013 | Traverse City, MI | Panelist at Bar Assn Mtg, legal seminar | Lodging for 2 nights |
| 2. | National Conference of Bankruptcy Judges | April 8-9, 2013 | Scottsdales, AZ | Panelist at legal education seminar | Lodging, meals, transit for 2 night trip |
| 3. | American Bankruptcy Institute (ABI) | Nov. 11, 2013 | Detroit, MI | Panelist at legal education seminar | Mileage for day trip |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dales, Scott W. | 05/02/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dales, Scott W. | 05/02/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Comcast Corp Class A Common | A | Dividend | J | T | | | | | |
| 2. AT&T | A | Dividend | J | T | | | | | |
| 3. Alcatel Lucent Common | | None | | | Sold | 12/19/13 | J | A | |
| 4. Vodafone Group PLC | A | Dividend | J | T | | | | | |
| 5. Verizon Communications Common Stock | A | Dividend | J | T | | | | | |
| 6. CenturyLink, Inc. Common (fka Qwest Communications Int'l) | | None | J | T | | | | | |
| 7. Frontier Communications Corp. | | None | J | T | | | | | |
| 8. Trustco Bank Corp. NY Common (UTMA) | A | Dividend | J | T | | | | | |
| 9. Met Life Policy Holders Trust | A | Dividend | J | T | | | | | |
| 10. Kalamazoo Community Foundation 401(k) and 403(b) (JDD) | A | Int./Div. | L | T | | | | | |
| 11. TIAA-CREF 403(b) Retirement Fund (JDD) | A | Int./Div. | K | T | | | | | |
| 12. American Funds 529A Accounts (H) | C | Dividend | M | T | | | | | |
| 13. -American Funds Fundamental Invs | | | | | | | | | |
| 14. -American Funds Gr Fnd Of Amer | | | | | | | | | |
| 15. -Capital World Growth & Income (American Funds) | | | | | | | | | |
| 16. -The Income Fund Of America (American Funds) | | | | | | | | | |
| 17. -American Mutual Fund (American Funds) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dales, Scott W. | 05/02/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Capital Income Builder (American Funds) | | | | | | | | | |
| 19. Principal Financial Group Variable Universal Life (SWD) (H) | A | Dividend | J | T | | | | | |
| 20. -Bond & Mortgage Securities (Principal Funds) | | | | | | | | | |
| 21. -Diversified International (Principal Funds) | | | | | | | | | |
| 22. -Dreyfus VIP Opportunistic Small Cap (Dreyfus) | | | | | | | | | |
| 23. -Equity Income Account I (Principal Funds) | | | | | | | | | |
| 24. -Fidelity VIP Equity-Income (Fidelity Funds) | | | | | | | | | |
| 25. -Invesco Core Equity (Invesco Investment Services, Inc.) | | | | | | | | | |
| 26. -Largecap Blend II (Principal Funds) | | | | | | | | | |
| 27. -Largecap Growth I (Principal Funds) | | | | | | | | | |
| 28. -Midcap (Principal Funds) | | | | | | | | | |
| 29. Principal Financial Group Variable Universal Life (JDD) (H) | A | Dividend | J | T | | | | | |
| 30. -Bond & Mortgage Securities (Principal Funds) | | | | | | | | | |
| 31. -Diversified International (Principal Funds) | | | | | | | | | |
| 32. -Dreyfus VIP Opportunistic Small Cap (Dreyfus) | | | | | | | | | |
| 33. -Equity Income Account I (Principal Funds) | | | | | | | | | |
| 34. -Fidelity VIP Equity-Income (Fidelity Funds) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dales, Scott W. | 05/02/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Invesco Core Equity (Invesco Investment Services, Inc.) | | | | | | | | | |
| 36. -Largecap Blend II (Principal Funds) | | | | | | | | | |
| 37. -Largecap Growth I (Principal Funds) | | | | | | | | | |
| 38. -Midcap (Principal Funds) | | | | | | | | | |
| 39. Lake Michigan Federal Credit Union (Deposit Accounts) | A | Int./Div. | J | T | | | | | |
| 40. PNC Bank (Deposit Accounts) | A | Int./Div. | J | T | | | | | |
| 41. PNC Incentive Savings Plan X | A | Distribution | | | Closed | 10/31/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dales, Scott W. | 05/02/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, lines 1-7: The stock interests in the "Baby Bells" and their successors are the product of a gift ▒▒▒▒▒▒▒▒ These "Baby Bell" assets on Lines 1-7 are disclosed though below the reporting threshhold.

Part VII, line 10: the Kalamazoo Community Foundation retirement plan reported "gains" which I assume take the form of reinvested tax-deferred dividends or other return on investment. This is ▒▒▒▒▒ retirement account.

Part VII, line 11: the TIAA-CREF reported "gains" which I assume take the form of reinvested tax-deferred dividends or other return on investment. This is ▒▒ ▒▒ retirement account.

Part VII, line 41: I terminated my participating in the PNC Investment Savings Plan (the successor tp National City Bank's comparable plan I assume) promptly upon my appointment in 2007. Nevertheless, on or about Oct. 31, 2013 I received a check in the amount of $99.30 evidently representing a settlement of claims asserted (without my involvement) on behalf of persons holding interests in the PNC Investment Savings Plan during the time when I was employed by PNC's predecessor in interest, National City Bank. I rolled over this check to my Thrfit Savings Plan.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Scott W. Dales**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544